UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 50008 |
| | ) | |
| vs. | ) | Violations: Title 18, United States Code, |
| | ) | Sections 922(g)(1), 924(c)(1)(A) and 2119, |
| FREDERICK S. BOND | ) | and Title 26, United States Code, |
| | ) | Section 5861(d) |

### COUNT ONE

The DECEMBER 2006 GRAND JURY charges:

On or about December 24, 2007, at Rockford, in the Northern District of Illinois, Western Division,

FREDERICK S. BOND,

defendant herein, with the intent to cause serious bodily harm took a motor vehicle, namely a 2003 Ford Focus, that had been transported, shipped and received in foreign and interstate commerce, from the person and presence of a person known to the grand jury by force and violence, and by intimidation;

In violation of Title 18, United States Code, Section 2119.



FILED
FEB 19 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

## COUNT TWO

The DECEMBER 2006 GRAND JURY further charges:

On or about December 24, 2007, at Rockford, in the Northern District of Illinois, Western Division,

FREDERICK S. BOND,

defendant herein, during and in relation to a crime of violence, namely the offense described in Count One of this indictment, knowingly used and carried firearms, namely a .357 caliber revolver and 28 gauge double barrel shotgun;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The DECEMBER 2006 GRAND JURY further charges:

On or about December 24, 2007, at Rockford, in the Northern District of Illinois, Western Division,

FREDERICK S. BOND,

defendant herein, knowingly did possess a firearm, as that term is defined in Title 26, United States Code, Section 5845(a)(1), namely, a double barrel shotgun with barrels of less than eighteen inches in length, which firearm was not registered in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841;

In violation of Title 26, United States Code, Section 5861(d).

## COUNT FOUR

The DECEMBER 2006 GRAND JURY further charges:

On or about December 24, 2007, at Rockford, in the Northern District of Illinois, Western Division,

FREDERICK S. BOND,

defendant herein, previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess firearms, namely:

a Rossi, model 971, .357 caliber revolver, bearing serial number F406488 and a

Charles Daly, Field model, 28 Gauge double barrel shotgun, bearing serial number

60-03-4658-02;

which possession was in and affecting commerce in that the firearms had previously been transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The DECEMBER 2006 GRAND JURY further charges:

1.   The allegations contained in Counts Two, Three and Four of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c).

2.   As a result of his violations of Title 18, United States Code, Sections 922(g)(1) and 924(c), and Title 26, United States Code, Section 5861(d), as alleged in the foregoing Indictment,

FREDERICK S. BOND,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offenses.

3.   The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c) are: a Rossi, model 971, .357 caliber revolver, bearing serial number F406488 a Charles Daly, Field model, 28 Gauge double barrel shotgun, bearing serial number 60-03-4658-02;

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

5

No.: 08 CR 50008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

FREDERICK S. BOND

**INDICTMENT**

Violation(s): Title 18, United States Code, Sections 922(g)(1), 924(c)(1)(A) and 2119;
Title 26, United States Code, Section 5861(d)

A true bill,

_____
Foreman

Filed in open court this _____ day of February, A.D. 2008

_____
Clerk

Bail, $



FILED
FEB 19 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court