Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 50008 | DATE | 02/19/2008 |
| CASE TITLE | USA VS FREDERICK S. BOND | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDINGS

DOCKET ENTRY:

The Grand Jury for the December 2006 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE JUDGE P. MICHAEL MAHONEY
USA's petition for a writ of habeas corpus ad prosequendum to issue returnable on February 21, 2008 at 11:15 am is granted. Arrest warrant to issue.

Grand Jury for the December 2006 Session,

By: _____ Foreperson.

United States Attorney: Joseph Pedersen

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- ✓ Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

GG  courtroom deputy's initials

FILED
FEB 19 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

Date/time received in central Clerk's Office

number of notices
date docketed
docketing deputy initials
date mailed notice
mailing deputy initials

Document Number