Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50008 - 1 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. FREDERICK BOND | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held.  Defendant appears in response to writ. Haneef Omar appointed as counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights.  Financial affidavit due by and 16.1 conference to be held by February 28, 2008. Defendant's oral motion for time to March 27, 2008 to file pretrial motions is granted.  USA's oral motion for the time of February 21, 2008  to and including March 27, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for March 27, 2008 at 10:15 am. Enter agreed protective order. USA moves for detention.  Detention hearing set for February 26, 2008 at 10:00 am. Enter order of temporary detention.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|