AO 442 (Rev.5/93 WP) Warrant for Arrest          AUSA JOSEPH C. PEDERSEN, (815)987-4444

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                          **WARRANT FOR ARREST**

FREDERICK S. BOND                               CASE NUMBER: 08 CR 500 08 -1

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Violation Petition

charging him or her with (brief description of offense):

felon in possession of a gun

**FILED**

**FEB 2 5 2008**

in violation of Title ___18___, United States Code, Section(s) __922(g)(1)__

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

P. MICHAEL MAHONEY                              U.S. MAGISTRATE JUDGE
Name of Issuing Officer                         Title of Issuing Officer

[signature]                                     2/19/08; Rockford, Illinois
Signature of Issuing Officer                    Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| | C. Allen RGN | [signature] |
| DATE OF ARREST 2/21/08 | DUSM. | C. Allen |