## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50008 - 1 | **DATE** | 2/26/2008 |
| **CASE TITLE** | USA vs. FREDERICK BOND | | |

**DOCKET ENTRY TEXT:**

Detention hearing held.  Enter order of detention pending trial.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:08-cr-50008    Document 9    Filed 02/26/2008    Page 1 of 1

08CR50008 - 1 USA vs. FREDERICK BOND                                                                                      Page 1 of  1