UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

UNITED STATES OF AMERICA
                       Plaintiff,

v.                                                  Case No.: 3:08–cr–50008
                                                Honorable Frederick J. Kapala

Frederick S Bond
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable Frederick J. Kapalaas to Frederick S Bond: Change of Plea Hearing set for 8/4/2008 at 2:30 p.m. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.