## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                    Case No.: 3:08–cr–50008
                                                      Honorable Frederick J. Kapala

Frederick S Bond

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

     MINUTE entry before the Honorable P. Michael Mahoney: It appearing that counsel has set a plea before Judge Kapala for 8/4/08; The Status hearing before Judge Mahoney is reset, as to time only, for 8/4/2008 at 04:00 PM. Parties do not need to appear if the scheduled hearing proceeds before Judge Kapala. Mailed notice (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.